# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Carolyn A. Croswell

                              Plaintiff,

v.                                                                       Case No.: 1:20−cv−06826
                                                                              Honorable Sara L. Ellis

City of Country Club Hills, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 22, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff filed this case on 11/10/2020, however, an application to proceed informa pauperis has not been filed nor has the filing fee been paid. Plaintiff is given until 5/6/2021 to either pay the filing fee or file an informa pauperis application and financial affidavit (non−prisoner case). Failure to follow these instructions will result in dismissal of this case for want of prosecution. Mailed notice. (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.